UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


DAVID W. KIGHT, etc.,

    Plaintiff,

v.                           Case No. 3:06-cv-419-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

**O R D E R**

This cause is before the Court on Plaintiff's Petition for Attorney's Fees (Doc. #22; Application), filed on February 26, 2007. It is represented Defendant has no objection to the fee amount sought in the Application. Application at 2.

The Application requests the Court to award $3,055.00 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 1. Counsel expended 18.8 hours in representing Plaintiff before the Court in 2006 and 2007. *See id.* at 2; Statement of Professional Services Rendered to David W. Kight, attached to the Application.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $3,055.00 in attorney fees.

Accordingly, the Application (Doc. #22) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,055.00.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of February, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any